UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 15-8993-DMG (FFMx) | Date | April 13, 2016 |
|---|---|---|---|
| Title | *Michael Rocca v. VK Atlantic, LLC* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -  ORDER AND NOTICE TO PARTIES

In light of Plaintiff's Notice of Voluntary Dismissal filed on April 12, 2016 [Doc. # 17], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause filed on April 1, 2016 [Doc. # 16] is DISCHARGED.

IT IS SO ORDERED.